IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 1:15-CV-329

| | |
|---|---|
| DENISE PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION OF DISMISSAL |
| vs. ) | |
| ) | |
| NOVANT MEDICAL GROUP, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Now come the parties to this action, by and through their undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate that this action and all claims in this action are DISMISSED WITH PREJUDICE.

The parties further stipulate and agree through their respective counsel that each side shall bear her/its own costs and attorneys' fees.

**SO STIPULATED:**

This, the 24th day of February, 2016.

By: /s/ Daniel C. Nash

Daniel C. Nash
N.C. State Bar No. 41816
MORGAN, HERRING, MORGAN,
GREEN & ROSENBLUTT, L.L.P.
P.O. Box 2756
High Point, NC 27261
Telephone: 336.883.6177
Facsimile: 336.883.6647
Email:
danielnash@morganherring.com
ATTORNEY FOR PLAINTIFF

By: /s/ Kathleen K. Lucchesi

Kathleen K. Lucchesi
N.C. State Bar No. 24386
Patrick E. Kelly
N.C. State Bar No. 16703
JOHNSTON, ALLISON & HORD, P.A.
P.O. Box 36469
Charlotte, NC 28236
Telephone: 704.332.1181
Facsimile: 704.376.1628
Email:klucchesi@jahlaw.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2016, I electronically filed the foregoing ***STIPULATION OF DISMISSAL WITH PREJUDICE*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following attorney of record for Defendant:

    Kathleen Lucchesi, Esq.
    Johnston, Allison & Hord, P.A.
    P.O. Box 36469
    Charlotte, NC 28236
    *Attorney for Defendants*

    /s/ Daniel C. Nash
    Daniel C. Nash (N.C. Bar No. 41816)
    Attorney for Plaintiff
    Morgan, Herring, Morgan, Green & Rosenblutt, L.L.P.
    1801 Westchester Dr., Suite 200
    P.O. Box 2756
    High Point, NC 27261
    (336) 883-6177
    (336) 883-6647 (Facsimile)
    danielnash@morganherring.com

2

Case 1:15-cv-00329-LCB-JEP   Document 16   Filed 02/24/16   Page 2 of 2